United States Bankruptcy Court
District of Puerto Rico

IN RE: Case No. **11-07046-13**

**NEGRONI BERRIOS, ORLANDO & CRUZ SANCHEZ, MARILUZ** Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **2/6/12**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | | | |
|---|---|---|---|---|---|
| $ | 500.00 | x | 13 | = $ | 6,500.00 |
| $ | 600.00 | x | 11 | = $ | 6,600.00 |
| $ | 700.00 | x | 12 | = $ | 8,400.00 |
| $ | 800.00 | x | 12 | = $ | 9,600.00 |
| $ | 900.00 | x | 12 | = $ | 10,800.00 |

TOTAL: $ **41,900.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☑ Other: *Lump Sum - $24,100.- from refinancing of property*

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **66,000.-**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**   Cr. _____   Cr. _____
# **0344-3**   # _____   # _____
$ **10,529.00**   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK PUERT**   Cr. _____   Cr. _____
# **73297**   # _____   # _____
$ **12,056.49**   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D     BANCO POPULAR D**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,674.00**

Signed: /s/ **ORLANDO NEGRONI BERRIOS**
Debtor

/s/ **MARILUZ CRUZ SANCHEZ**
Joint Debtor

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**FIRSTBANK TO RECEIVE ADEQUATE PROTECTION IN THE AMOUNT $206.00 UNTIL CONFIRMATION AND DEBTOR WILL PROVIDE CAR INSURANCE UPON MATURITY IN THE AMOUNT OF $308.00
DEBTOR WILL PROVIDE TAX REFUNDS, IF RECEIVED, TO FUND THE PLAN AND THE SAME WILL BE AMENDED ACCORDINGLY.**

Attorney for Debtor **Miriam A. Murphy Murphy Law Office**    Phone: **(787) 263-2377**

CHAPTER 13 PAYMENT PLAN